FILED
CLERK U.S DISTRICT COURT
JUL 1 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

1
2
3
4
5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARIBEL JUAN DE DIOS, | CV 07-5242 GPS (RCx) |
| Plaintiff, | Consolidated Cases: |
| v. | CV 07-5247 GPS (RCx) |
| | CV 07-5250 GPS (Rcx) |
| INTERNATIONAL REALITY & INVESTMENTS, | CV 07-5245 GPS (Rcx) |
| | CV 07-5258 GPS (Rcx) |
| | CV 07-5381 GPS (Rcx) |
| Defendant. | CV 07-5312 GPS (Rcx) |
| | CV 07-5313 GPS (Rcx) |
| | CV 07-5375 GPS (RCx) |
| | **JUDGMENT** |

In light of this Court's grant of summary judgment for Defendant, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and judgment is hereby entered for Defendant on all claims for relief. Defendant may recover its costs.

**IT IS SO ORDERED.**

Dated this _18th_ day of July, 2008.

George P. Schiavelli
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1